UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24794-CIV-GRAHAM/O'SULLIVAN

HILDA L. VALERO,

      Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Defendant's Unopposed Motion for Entry of Judgment with Remand (DE # 24, 12/13/21).  This matter was referred to the undersigned by the Clerk's Notice of Judge Assignment (DE #2, 11/20/20). Having carefully considered the filings and applicable law, and in accordance with the following Report and Recommendation, the undersigned respectfully recommends that the Defendant's Unopposed Motion for Entry of Judgment with Remand (DE # 24, 12/13/21) be **GRANTED**, and that the matter be remanded to the Commissioner.

## DISCUSSION

The plaintiff filed the complaint in this matter on November 20, 2020.  (DE # 1, 11/20/20).  The defendant filed an answer on August 23, 2021.  (DE # 15, 8/23/21).  The plaintiff filed a motion for summary judgment on November 30, 2021. (DE # 21, 11/30/21). The defendant filed the Defendant's Unopposed Motion for Entry of Judgment with Remand (DE # 24, 12/13/21) on December 13, 2021.

      The defendant's motion indicates that

> The issue in this case is whether Plaintiff is entitled to a period of disability and disability insurance benefits under Title II of the Social Security Act (Act). After careful review of the above-captioned case, Defendant's counsel determined that remand was appropriate.
> On remand, the Administrative Law Judge will: (1) further evaluate the medical opinion evidence, pursuant to 20 C.F.R. § 404.1520c; (2) further evaluate Plaintiff's maximum residual functional capacity; (3) take any further action needed to complete the administrative record; and (4) issue a new decision. Remand by this Court is appropriate under sentence four of 42 U.S.C. § 405(g), which provides that a court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." For the foregoing reasons, and pursuant to the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 297 n.1, 111 S.Ct. 2563, 2629 n.1 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 111 S.Ct. 2157, 2163 (1991). Defendant respectfully requests that the Court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).
> WHEREFORE, the Commissioner respectfully requests that the above-styled action be reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing with judicial review of benefit determinations) to the Commissioner for further action consistent with this motion.

*Motion* at pp. 12. The defendant's motion is unopposed. The undersigned finds that a remand to the Commissioner is appropriate in this matter.

## **RECOMMENDATION**

In accordance with the foregoing report and Recommendation, the undersigned respectfully recommends that the Defendant's Unopposed Motion for Entry of Judgment with Remand (DE # 24, 12/13/21) be **GRANTED** and this matter be **REMANDED** to the Commissioner.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Donald L Graham, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Harrigan v. Metro Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-1192 (11th Cir. 2020); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 14th day of December, 2021.

_____
**JOHN O'SULLIVAN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**