**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-24794-CV-GRAHAM/O'SULLIVAN

HILDA L. VALERO,

    Plaintiff,

v.

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (ECF No. 25) on Defendant's Motion for Entry of Judgment with Remand. (ECF No. 24).

On December 14, 2021, the Honorable United States Magistrate Judge John O'Sullivan issued a Report and Recommendation recommending that the Court grant Defendant's motion and remand this matter to the Commissioner (ECF No. 25).

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties had 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. As of the date of this Order, the parties have filed no objections. After a careful review of the record, this Court affirms the Report

and Recommendation, finding it demonstrates an exhaustive review of the record and makes findings consistent with the law.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation (ECF No. 25) is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Defendant's Motion for Entry of Judgment with Remand (ECF No. 24) is hereby **GRANTED.** This Court hereby reverses the Commissioner's decision and remands the cause to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) to : (1) further evaluate the medical opinion evidence, pursuant to 20 C.F.R. § 404.1520c; (2) further evaluate Plaintiff's maximum residual functional capacity; (3) take any further action needed to complete the administrative record; and (4) issue a new decision. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (ECF No. 21) is hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of January, 2022.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All counsel of record