UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-24794-CV-GRAHAM/DAMIAN

HILDA L. VALERO,

    Plaintiff,

v.

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (ECF No. 29) on Plaintiff's Unopposed Petition for Attorney Fees (ECF No. 27).

On January 31, 2022, the Honorable United States Magistrate Judge Melissa Damian issued a Report and Recommendation recommending that the Court grant Plaintiff's motion and award Plaintiff fees in the amount of $3,595.70 payable to Plaintiff's attorney, subject to an offset for any applicable debt owed to the United States.

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties had 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. As of the date of this Order, the parties have filed no objections.

1

After a careful review of the record, this Court affirms the Report and Recommendation, finding it demonstrates an exhaustive review of the record and makes findings consistent with the law.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Melissa Damian's Report and Recommendation (ECF No. 29) is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. Plaintiff is awarded fees in the amount of $3,595.70 payable to Plaintiff's attorney, subject to an offset for any applicable debt owed to the United States.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>16th</u> day of February, 2022.

<u>s/ Donald L. Graham</u>
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record