**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1-20-CV-24794-GRAHAM

HILDA L. VALERO,

    Plaintiff,

vs.

FRANK J. BISIGNANO,
*Commissioner of Social Security*,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Plaintiff's Unopposed Petition for Attorney's Fees under 42 U.S.C. § 406(b)(1)(A) of the Social Security Act (ECF No. 31).

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Lauren F. Louis for a report and recommendation. (ECF No.32).

The Magistrate Judge issued a Report (ECF No. 35) recommending that Plaintiff's Unopposed Petition for Attorney's Fees (ECF No. 31), be GRANTED and that Plaintiff be awarded $6,795.55 in attorney's fees pursuant to the 42 U.S.C. § 406(b)(1)(A).

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the United States Magistrate Judge's Report (ECF No.35) is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Unopposed Petition for Attorney's Fees

1

under 42 U.S.C. § 406(b)(1)(A) (ECF No. 31) is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff is awarded $6,795.55 in attorney's fees pursuant to 42 U.S.C. § 406(b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of October, 2025.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lauren F. Louis
All Counsel of Record